UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RIVER LIGHT V, L.P., et al.,

                    Plaintiffs,              **ORDER**
                                                     CV 13-3169 (LDW)(ARL)

      -against-

VINTAGE HOUSE, LLC, et al.,

                    Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' motion dated February 14, 2014, seeking to compel the defendants to respond to his discovery requests and to impose sanctions. According to the plaintiffs, the defendants were served with plaintiffs' Rule 26(a)(1) Initial Disclosures, Requests for Production of Documents (Nos. 1-65) and Interrogatories (Nos. 1-19) on October 14, 2013. On November 8, 2013, plaintiffs served upon defendants Requests for Admission (Nos. 1-74), which defendants timely responded to on December 9, 2013, and which plaintiffs state are the only discovery plaintiffs received from defendants. The defendants have also failed to respond to this application. Accordingly, the motion is granted, in part.

      The defendants are directed to serve their initial disclosures and to fully respond to any outstanding discovery demands by March 12, 2014. The defendants' are warned that failure to comply with this order may result in the imposition of sanctions including deeming a waiver of all objections as to the interrogatories and all objections to the document demands except those based on privilege. The plaintiffs' request for sanctions is denied at this time.


Dated: Central Islip, New York                **SO ORDERED:**
       February 25, 2014

                                                 _____/s/_____
                                                 ARLENE ROSARIO LINDSAY
                                                 United States Magistrate Judge